SYLVIA RUSH, Appellant, *v.* CURTISS-WRIGHT EXPORT CORPORATION, Respondent.

Submitted June 1, 1942; decided July 29, 1942.

*Earl J. Garey* and *Herman H. Levy* for appellant.

*Kenneth M. Spence* and *Stewart W. Bowers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.